FILED
IN OPEN COURT

JUN 2 4 2026

CLERK, U.S. DISTRICT COURT
NORFOLK, VA

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

UNITED STATES OF AMERICA

v.

DYRON ANTONIO JAMES, II,

Defendant.

UNDER SEAL

Criminal No. 2:26-cr-64

18 U.S.C. §§ 932(b)(1), (b)(2), (c)(2) & 2
Straw Purchasing Firearms
(Count One)

18 U.S.C. §§ 922(n)
Receipt of Firearm While Under Indictment
(Counts Two & Three)

21 U.S.C. § 846
Conspiracy to Distribute a Controlled Substance
(Count Four)

18 U.S.C. § 924(d) & 28 U.S.C. § 2461
Criminal Forfeiture

**INDICTMENT**

June 2026 Term – at Norfolk, Virginia

THE GRAND JURY CHARGES THAT:

COUNT ONE
(Straw purchasing firearms)

From at least in and around June 8, 2023, and February 26, 2025, in the Eastern District

of Virginia, the defendant, DYRON ANTONIO JAMES, II, did knowingly conspire with Isaiah

Wilson for Wilson to purchase firearms, to wit: a Century Arms pistol, Model: Micro Draco,

Caliber: 7.62 by 39, S/N: 22PMD-34351; a Glock pistol, Model: 19 Gen 3, Caliber: 9mm, S/N:

BZBG659; an American Tactical pistol, Model: Mil-Sport, Caliber: Multi, S/N: MSA131030,

and a Taurus pistol, Model: G2C, Caliber: 9mm, S/N: AEH586705, respectively, in or otherwise

affecting interstate or foreign commerce for, on behalf of, or at the request or demand of

DYRON ANTONIO JAMES, II, knowing or having reasonable cause to believe that DYRON

ANTONIO JAMES, II, intended to use, carry, possess and sell and otherwise dispose of the

firearm in furtherance of a felony, to wit: the sale and distribution of marijuana in violation of

Title 21, United States Code, Section 841(a)(1).

(In violation of Title 18, United States Code, Section 932(b)(2).)

## COUNT TWO
(Receipt of Firearm While Under Indictment)

On or about January 7, 2025, in the Eastern District of Virginia, the defendant, DYRON ANTONIO JAMES, II, who was then under indictment for a crime punishable by imprisonment for a term exceeding one year, to wit, and among others: possession of a firearm while in possession of a Schedule I/II controlled substance with the intent to distribute, in violation of Va. Code § 18.2-308.4, and possession of a Schedule I/II controlled substance with the intent to distribution, in violation of Va. Code § 18.2-248, did willfully receive a firearm, that is, one Glock pistol, Model: 19 Gen 4, Caliber: 9mm, S/N: BDUH817, purchased on January 7, 2025 at Chesapeake Square Pawn in Chesapeake, Virginia, said firearm having been shipped and transported in interstate commerce.

(In violation of Title 18, United States Code, Sections 922(n) and 924(a)(1)(D).)

3

## COUNT THREE
(Receipt of Firearm While Under Indictment)

On or about  February 26, 2025, in the Eastern District of Virginia, the defendant, DYRON ANTONIO JAMES, II, who was then under indictment for a crime punishable by imprisonment for a term exceeding one year, to wit, and among others: possession of a firearm while in possession of a Schedule I/II controlled substance with the intent to distribute, in violation of Va. Code § 18.2-308.4, and possession of a Schedule I/II controlled substance with the intent to distribution, in violation of Va. Code § 18.2-248, did willfully receive a firearm, that is, a Glock pistol, Model: 23 Gen 5, Caliber: .40, S/N: BYNR729, said firearm having been shipped and transported in interstate commerce.

(In violation of Title 18, United States Code, Sections 922(n) and 924(a)(1)(D).)

## COUNT FOUR
(Conspiracy to distribute a controlled substance)

Beginning in or around September 2022 and continuing to in or around July 2025, the exact dates being unknown, in the Eastern District of Virginia and elsewhere, the defendant DYRON ANTONIO JAMES, II, and other uncharged conspirators, knowingly and intentionally combined, conspired, confederated, and agreed with others, to commit the following offenses against the United States: To distribute marijuana, a Schedule I/II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(D).

(In violation of Title 21, United States Code, Section 846.)

## CRIMINAL FORFEITURE

THE GRAND JURY FURTHER FINDS PROBABLE CAUSE THAT:

A.      The defendant, DYRON ANTONIO JAMES, II, if convicted of any of the violations alleged in this Indictment, shall forfeit to the United States, as part of the sentencing pursuant to Federal Rule of Criminal Procedure 32.2, any firearm or ammunition used in or involved in the violation.

B.      If any property that is subject to forfeiture above is not available, it is the intention of the United States to seek an order forfeiting substitute assets pursuant to Title 21, United States Code, Section 853(p) and Federal Rule of Criminal Procedure 32.2(e).

(In accordance with Title 18, United States Code, Section 924(d); and Title 28, United States Code, Section 2461(c).)

Pursuant to the E-Government Act, the original of this page has been filed under seal in the Clerk's Office.

*United States of America v. Dyron Antonio James, II*
2:26-cr-___64

A TRUE BILL:

**REDACTED COPY**

_____
FOREPERSON

Todd W. Blanche
Acting Attorney General

By: _____
Clayton D. LaForge
Assistant United States Attorney
United States Attorney's Office
101 West Main Street, Suite 8000
Norfolk, VA 23510
Office: (757) 441-6331
Fax: (757) 441-6689
Email: clayton.laforge@usdoj.gov